Charles Doppelt, appellee, v. Clayton Addie et al., defendants, on appeal of Oak Park Trust & Savings Bank, as trustee, appellant. Gen. No. 36,400.

second division of this court for the first district. ▮▮▮▮ Opinion filed December 30, 1932.

Henry N. Shabsin and Samuel Spitzer, for appellant. John V. Clinnin and Edward G. Blonder, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

John A. Taggart, plaintiff in error, v. John E. Kiley and Theresa Kiley, defendants in error. Gen. No. 36,021.

Heard in the second division of this court for the first district at the June term, 1932. ▮▮▮▮ Opinion filed December 30, 1932. Rehearing denied January 11, 1933.

Reuel H. Grunewald, for plaintiff in error. Thomas J. Young, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.

Mable G. Barker, administratrix of the estate of Bertrand D. Barker, deceased, appellee, v. The Belt Railway Company of Chicago, appellant. Gen. No. 36,034.

Heard in the second division of this court for the first district at the June term, 1932. ▮▮▮▮ Opinion filed December 30, 1932.

J. R. Barse, Samuel Kassel and L. E. Gillen, for appellant. Charles C. Spencer, for appellee.

Mr. Justice Gridley delivered the opinion of the court.